**FILED**
May 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Adriana Quezada
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS - EL PASO DIVISION

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
IN A MISDEMEANOR CASE

| | |
|---|---|
| USA § § | Case Number: |
| vs. § § | EP:25-M -02347(1) |
| (1) RUBEN RODRIGUEZ-RENTERIA § | |

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel. The Magistrate Judge has informed me of my right to trial, judgment, and sentencing before a United States District Judge or a United States Magistrate Judge.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States District Judge, and consent to trial, judgment and sentencing before a United States Magistrate Judge.

x _Ruben Rodriguez Renteria_
Defendant

---

### WAIVER OF RIGHT TO TRIAL BY JURY

The Magistrate Judge has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury.

_Ruben Rodriguez Renteria_
Defendant

Consented to by United States _[signature]_
Signature

_SAUSA Stafford_
Name and Title

---

### WAIVER OF RIGHT TO HAVE THIRTY (30) DAYS TO PREPARE FOR TRIAL

The Magistrate Judge has also advised me of my right to have at least thirty (30) days to prepare for trial before the Magistrate Judge.

**I HEREBY:** Waive (give up) my right to have at least thirty (30) days to prepare for trial.

x _Ruben Rodriguez Renteria_
Defendant

_[signature]_
Defendant's Attorney

_[signature]_
U.S. Magistrate Judge

5-27-25
Date